

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 19, 2008

**BY HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

Re:   Stephanie Bethea v. John E. Potter, 08 Civ. 2789 (RWS) (AJP)

Dear Judge Sweet:

   This Office represents defendant John E. Potter in the above-titled employment discrimination action.  At present, defendant's response to plaintiff *pro se* Stephanie Bethea's complaint is due on June 20, 2008.

   Defendant respectfully requests a 45-day extension of his deadline for responding to the complaint to August 4, 2008.  The extension is necessary to permit defendant additional time to gather the information necessary for his response.  This is the first request for an extension in this matter.  I have written a letter to Ms. Bethea requesting consent for this application but have not received a response.

   Thank you for your consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOSEPH N. CORDARO
Assistant United States Attorney
Telephone: (212) 637-2745
Facsimile:  (212) 637-2686
Email: Joseph.Cordaro@usdoj.gov

So ordered
Sweet
USDJ
6-24-08

cc: Stephanie Bethea (by Federal Express)
258 West 117 Street, # 41E
New York, New York 10026