


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

RECEIVED JUL 3 1 2008 JUDGE SWEET CHAMBERS

86 Chambers Street, 3rd Floor
New York, New York 10007

July 30, 2008

**BY HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

8/11/08

Re:   Stephanie Bethea v. John E. Potter, *et al.*, 08 Civ. 2789 (RWS) (AJP)

Dear Judge Sweet:

This Office represents defendants John E. Potter and the United States Postal Service in the above-titled employment discrimination action. At present, defendants' response to plaintiff *pro se* Stephanie Bethea's complaint is due on August 4, 2008.

Defendants respectfully request a 30-day extension of their deadline for responding to the complaint to September 4, 2008. The extension is necessary to permit defendants additional time to gather the information necessary for their response. This is the Government's second request for an extension in this matter, the first of which was granted. I have written a letter to Ms. Bethea requesting consent for this application but have not received a response.

Thank you for your consideration.

So ordered
Sweet USDJ
8-6-08

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOSEPH N. CORDARO
Assistant United States Attorney
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: Joseph.Cordaro@usdoj.gov

cc:   Stephanie Bethea (by Federal Express and First Class Mail)
      258 West 117 Street, # 41E
      New York, New York 10026

Case 1:08-cv-02789-RWS    Document 6    Filed 08/11/2008    Page 2 of 2